UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **FREDERICK MAWALLA** | : |
| | : |
| **Plaintiff** | : |
| | :   Civil No.: 1:07-cv-01538 (EGS) |
| v. | : |
| | : |
| **LINDA HOFFMAN** *et al.* | : |
| | : |
| **Defendants.** | : |

## NOTICE OF APPEARANCE

Sir/Madam Clerk:

Please enter the appearance of Laura N. Steel, Esquire and Kathleen H. Warin, Esquire, of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP as counsel for the Defendants Linda Hoffman and Freilicher & Hoffman, P.C., in the above-captioned matter.

 
Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By:  ____*/s/ Laura N. Steel*_____
Laura N. Steel, Esquire (Bar No. 367174)
Kathleen H. Warin, Esquire (Bar No. 492519)
The Colorado Building, Suite 500
1341 G. Street, N.W.
Washington, D.C. 20005
Tel.: (202) 626-7660
Fax: (202) 628-3606
*Attorneys for defendants, Linda Hoffman and Freilicher & Hoffman, P.C.*

278364.1

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true copy of the foregoing Notice of Appearance was served via electronic filing this 24th day of October, 2007, to:

>Matthew H. Simmons, Esquire
>Simmons & Associates, Chartered
>7347 Wisconsin Avenue
>Suite 200
>Bethesda, MD 20814

>    */s/ Laura N. Steel*
>Laura N. Steel, Esq.

278364.1