UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **FREDERICK MAWALLA** | : |
| Plaintiff | : |
| v. | : Civil No.: 1:07-cv-01538 (EGS) |
| **LINDA HOFFMAN** *et al.* | : |
| Defendants. | : |

### CONSENT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

COME NOW Defendants Linda Hoffman and Freilicher & Hoffman, P.C., by and through counsel, respectfully move pursuant to Fed.R.Civ.P. 6(b) and for an enlargement of time for filing a responsive pleading for 21 days, up to and including November 15, 2007.

Defendants respectfully refer to the attached Memorandum of Points and Authorities. Pursuant to Local Rule 7(m), undersigned counsel has consulted with counsel for plaintiff, who consents to the relief requested. Accordingly, defendants respectfully request this Court to grant its Consent Motion To Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By: _____*/s/ Laura N. Steel*_____
Laura N. Steel, Esquire (Bar No. 367174)
Kathleen H. Warin, Esquire (Bar No. 492519)
The Colorado Building, Suite 500
1341 G. Street, N.W.
Washington, D.C. 20005
Tel.: (202) 626-7660
Fax: (202) 628-3606
*Attorneys for defendants, Linda Hoffman and Freilicher & Hoffman, P.C.*

278273.1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| **FREDERICK MAWALLA** | : |
| | : |
| Plaintiff | : |
| | : Civil No.: 1:07-cv-01538 (EGS) |
| v. | : |
| | : |
| **LINDA HOFFMAN** *et al.* | : |
| | : |
| Defendants. | : |

### MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF THE CONSENT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Linda Hoffman and Freilicher & Hoffman, P.C. submit this Memorandum of Points and Authorities in support of their Consent Motion to Extend Time To Answer Or Otherwise Respond To The Complaint and enlarge the time for filing a responsive pleading for 21 days, up to and including November 15, 2007, and as reason therefore states as follows:

1. Defendants were recently served with the Complaint filed by Plaintiff Frederick Mawalla, which alleges claims for legal malpractice and breach of fiduciary duty against defendants, who served as former immigration counsel.

2. Undersigned counsel has recently been requested to represent defendants in connection with this litigation and counsel requires additional time to complete an investigation, and prepare the appropriate responsive pleadings.

3. No discovery deadlines or trial date has been scheduled and the requested extension would not impact on the progress of the litigation.

4. On October 24, 2007, counsel for plaintiff advised that he consents to the extension of time to answer or otherwise respond until and including November 15, 2007.

2

278273.1

5. For the reasons stated above, defendants respectfully request that this Court grant this Consent Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint.

6. Fed.R.Civ.P. 6(b) and the equitable power of this Court allow for the relief requested.

    Respectfully submitted,

    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER, LLP

By:     */s/ Laura N. Steel*
    Laura N. Steel, Esquire (Bar No. 367174)
    Kathleen H. Warin, Esquire (Bar No. 92519)
    The Colorado Building, Suite 500
    1341 G Street, N.W.
    Washington, D.C. 20005
    Tel.: (202) 626-7660
    Fax: (202) 628-3606
    *Attorneys for Linda Hoffman and*
    *Freilicher & Hoffman, P.C.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Consent Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint, with Memorandum and proposed Order was served via electronic filing this 24th day of October, 2007, to:

> Matthew H. Simmons, Esquire
> Simmons & Associates, Chartered
> 7347 Wisconsin Avenue
> Suite 200
> Bethesda, MD 20814

                                  */s/ Laura N. Steel*
                                  Laura N. Steel, Esq.

278273.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **FREDERICK MAWALLA** : | |
| : | |
| **Plaintiff** : | |
| : | Civil No.: 1:07-cv-01538 (EGS) |
| v. : | |
| : | |
| **LINDA HOFFMAN** *et al.* : | |
| : | |
| **Defendants.** : | |

## ORDER

UPON CONSIDERATION of the Consent Motion To Extend Time To Answer Or Otherwise Respond to Plaintiff's Complaint, and the lack of opposition thereto, it is this ____ day of _____ , 2007, HEREBY

ORDERED, that the Motion be and hereby is GRANTED, and

FURTHER ORDERED that defendants shall file be permitted to file their Answer or other responsive pleadings by November 15, 2007.

_____
The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia

Copies to:

Laura N. Steel, Esquire
Kathleen H. Warin, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
The Colorado Building, Suite 500
1341 G Street, N.W.
Washington, D.C. 20005

Matthew H. Simmons, Esquire
Simmons & Associates, Chartered
7347 Wisconsin Avenue, Suite 200
Bethesda, MD 20814

5

278273.1