**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FREDERICK MAWALLA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:07-cv-01538 |
| ) | |
| LINDA HOFFMAN, et al. ) | |
| ) | |
| Defendants, ) | |

**CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF**
**TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

1.   Currently, Plaintiff Frederick Mawalla's Opposition to Defendants' Motion To Dismiss is due on or before December 3, 2007.  Plaintiff respectfully requests that the time to file his Opposition be extended to and including December 19, 2007.

2.   Defendants have, through counsel, consented to an extension to and including December 19, 2006, for the Plaintiff to file his Opposition to Defendants' Motion to Dismiss and has authorized Plaintiff to represent that Defendants so consent.  Plaintiff therefore respectfully requests that he be given this additional time to file his Opposition.

3.   No party will be prejudiced by the brief extension sought.

4.   The interests of justice will be served by the brief extension sought.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that his time to file an Opposition to Defendants' Motion to Dismiss be extended to and including December 19, 2006.

Respectfully Submitted,

   /s/  Matthew H. Simmons       
Matthew H. Simmons, Esq.
Simmons & Associates, Chartered
7347 Wisconsin Avenue
Suite 200
Bethesda, Maryland 20814
(301) 986-8444 (Phone)
(240) 597-0749 (Fax)

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Consent Motion For Extension of Time For Plaintiff to File an Opposition to Defendants' Motion to Dismiss was served by ECF and electronic mail on November 27, 2007 to the following address:

Laura N. Steel  
Kathleen H. Warin  
The Colorado Building, Suite 500  
1341 G. Street, N.W.  
Washington, D.C. 20005  
Counsel for Defendants

                                                                         /s/ Matthew H. Simmons  
                                                                       Matthew H. Simmons

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FREDERICK MAWALLA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:07-cv-01538 |
| ) | |
| LINDA HOFFMAN, et al. ) | |
| ) | |
| Defendants, ) | |

**ORDER**

UPON consideration of the Consent Motion For Extension of Time for Plaintiff to File Opposition to Defendants' Motion to Dismiss (the "Consent Motion for Extension of Time"), it is this ____ day of _____, 2007 hereby ORDERED that:

1.  the Consent Motion for Extension of Time is GRANTED;

2.  Plaintiff's time to file his Opposition shall be extended to and including December19, 2007.

_____
JUDGE

cc:

Laura Steel
Kathleen H. Warin
The Colorado Building, Suite 500
1341 G. Street, N.W.
Washington, D.C. 2005
(202) 626-7660 (Phone)

Matthew H. Simmons, Esq.
Simmons & Associates, Chartered
7347 Wisconsin Avenue, Suite 200
Bethesda, Maryland 20814
(301) 986-8444 (Phone)