**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FREDERICK MAWALLA, | ) )  ) |
| Plaintiff, | ) ) Civil Action No. 07-1538 (EGS) |
| v. | ) ) |
| LINDA HOFFMAN, *et al.*, | ) ) |
| Defendants. | ) ) |

**ORDER**

Pending before the Court is Defendants' Motion to Dismiss. Upon consideration of the motion, the response and reply thereto, the applicable law, and the arguments presented at the hearing on this motion on July 31, 2008, and for the reasons set forth in the accompanying Memorandum Opinion issued this day, it is hereby

**ORDERED** that Defendants' motion to dismiss is **GRANTED** and this case is dismissed.

**Signed:**   **Emmet G. Sullivan
United States District Judge
August 8, 2008**